# EXHIBIT A





## Formerly Apex Laboratory 

Since expanding into the South Florida region in 2007 as Apex Laboratory, we have provided quality mobile lab services to more than 600,000 patients and nearly 9,000 healthcare providers.

In June of 2021 Apex was acquired by Northwell Health Labs, the largest Health System based Laboratory in the Northeast and another leader in mobile lab services.

As we have passed our two year anniversary of the acquisition, we are excited to announce that we a rebranding our service as **LabFly - *Mobile Lab Services.***

Our business is Healthcare, just like yours. We will continue to service South Florida with patient-centered care for your homebound patients.

**Phone:**    (561) 279-1852
**Fax:**    (561) 279-1853
**Email:**    LabFlyFLA@northwell.edu
**Web:**    www.apexlabinc.com



August 2023

### Who & Where We Service

- Physicians and Health Systems both large and small
- Home Health Agencies
- Hospice Agencies
- Assisted and Independent Living Facilities
- Services available in:
  - Palm Beach/Broward/Martin/St. Lucie Counties

### What you can expect:

- No changes in process for you – continue to order just like you are doing today. Same process, same people.
- Medicare and most Medicare replacement plans accepted
- More insurance plans coming soon!
- LabFly™ branded phlebotomists
- Results will continue to come from Northwell Health Labs

### LabLogix Provider Portal

- Use your existing Apex account to login to the LabLogix provider portal at **www.apexlabinc.com**
- LabLogix is useful tool for healthcare providers and assisted living facilities scheduling and coordinating mobile lab services for their patients
- Place orders, view results and receive email notifications
- If you forgot your password or login details, call 800-976-6691 or email IS-LabLogix@northwell.edu

# LabFly
**Formerly Apex South Florida**

**Mobile Lab Services Request Form**

Phone: 561-279-1852
Fax: 561-279-1853
www.apexlabinc.com
800 NW 17th Ave #B
Delray Beach, FL 33445

## Ordering Provider's Information
Account#: **LP0028453**

Physician Group/Healthcare Agency/Facility Name (*if applicable*):

Physician Last Name: **SEGELMA**
First Name: **ALLYN**

Address: **20423 STATE RD 7**
Suite: **F18**

City: **BOCA RATON**
State: **FL**
Zip: **33498**

Phone: **561-886-0288**
Fax: **561-886-0291**

NPI#: **1568626265**

CC: Results to additional Doctor/Pharmacy: (Name and Fax#)

## Test Information

| | Test(s) | Diagnosis and/or ICD-10 Code |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |

Misc.:

### HELP WITH ICD 10 CODES
- Visit us online at www.apexlabinc.com
- Click on the "*Help with ICD-10 Codes*" link
- Search common ICD9-to-ICD10 translations
- Search ICD10 codes by name
- Find valid ICD-10 codes for Liimited Coverage Tests

## Patient Demographics

Patient MRN (*if applicable*):
DOB: ___/___/___

Patient Last Name:
First Name:
☐ Male
☐ Female

Address:
Apt:

City:
State:
Zip:

Home Phone:
Cell Phone:

Alternate Contact: (Name and Phone#)

## Insurance Information:

☐ **Medicare #:**

☐ **Other:**
Plan:
Member ID:

☐ Bill Patient:
☐ Bill Agency:

### **Helpful Hints**

* Schedule visits online and view results by logging into your LabLogix Provider Portal account at:
  * www.apexlabinc.com

**LabLogix**

* To prevent delays in scheduling please remember the following:
  * Be sure that this form is **COMPLETELY** filled out
  * Include Room/Apartment numbers
  * A diagnosis is **REQUIRED** for all requested test(s)
  * Fax orders **no later than 3pm** the day before the visit is needed

## Order/Visit Frequency:

**One Time Orders**
☐ One Time Only On ___/___/___

**Standing Orders**

*Frequency*
☐ Weekly ___ x per week
☐ Monthly-every ___ month(s)
☐ Every Other Week
☐ Other ___

**START DATE:**
___/___/___

**DURATION /END DATE (**REQUIRED**)**
☐ 1 Month ☐ 3 Months ☐ 6 Months
☐ Other ___

☐ Mon. ☐ Tue. ☐ Wed. ☐ Thurs. ☐ Fri.

---

1. **Medically Necessary Home Visits** - By sending this request, the ordering physician is certifying that the patient is homebound and that both the home visit and the lab test(s) that are being ordered are medically necessary.
2. **Patient Billable Home Visit** - For home visits that are not "Medically Necessary" LabFly/Northwell Health Labs will still perform the visit and testing. Testing will be billed to the insurance provided and the $25 travel charge *(subject to change)* will be billed to the patient. Check here if the patient is NOT homebound and should be billed the $25 Travel charge. ☐
3. **ICD-10 Diagnosis Codes** - Medicare requires a diagnosis for every test ordered and a specific diagnosis for certain tests categorized as "Medicare Limited Coverage Tests".
4. **LabFly Mobile Services** - Formerly Apex Laboratory is a division of Northwell Health Labs

**Northwell Health Labs**

**THIS ORDER IS FOR A MEDICALLY NECESSARY HOME OR FACILITY VISIT**
(See 1 to Left)

If the home visit is NOT Medically Necessary.
(See 2 to Left)