## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KAWA ORTHODONTICS LLP, a Florida limited liability partnership, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHWELL HEALTH LABORATORIES CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 9:23-cv-81424<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, KAWA ORTHODONTICS LLP, through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice.

        Respectfully submitted,

        KAWA ORTHODONTICS LLP

        By: s/ Ryan M. Kelly
          Ryan M. Kelly – FL Bar. 90110

        ANDERSON + WANCA
        3701 Algonquin Rd., Ste. 500
        Rolling Meadows. IL 60008
        Telephone:  847-368-1500
        Fax: 847-368-1501
        rkelly@andersonwanca.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, I electronically filed the notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly