UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-81424-CIV-DIMITROULEAS

KAWA ORTHODONTICS, LLP,

      Plaintiff,

vs.

NORTHWELL HEALTH LABORATORIES CORPORATION,
Northwell healthcare, Inc.,
Et al.,

      Defendants.

_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Notice of Voluntary of Dismissal (the "Notice") [DE 13], filed herein on December 21, 2023. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 13] is hereby **APPROVED**;

2. The case is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 21st day of December, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record